USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/18/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
KATE CONROY,

                    Plaintiff

v.

ELTMAN, ELTMAN & COOPER, P.C.

                    Defendant.
------------------------------------------------------X

Civil Action No. 08-9015 (LBS) (HP)

**Civil Action**

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

      Plaintiff, Kate Conroy, and defendant, Eltman, Eltman & Cooper, P.C., by and through their undersigned counsel, in the above-titled action hereby represent to the Court that this matter, regarding plaintiffs' claims against defendants, has been settled amicably, and stipulate to the dismissal of the matter with prejudice, with each party to bear its own costs and attorneys' fees except as provided in the parties' Settlement Agreement and Release of Liability.

Dated: Hackensack, New Jersey
       May 12, 2009

s/ Amir J. Goldstein
Amir J. Goldstein, Esq.
591 Broadway, Suite 3A
New York, NY 10012

*Attorney for Plaintiff,
Kate Conroy*

s/ Michael J. Cohen
Michael J. Cohen, Esq.
Winne, Banta, Hetherington,
  Basralian & Kahn, P.C.
Court Plaza South – East Wing
21 Main Street
Hackensack, NJ 07601
Telephone: (201) 487-3800

*Attorneys for Defendant,
Eltman, Eltman & Cooper, P.C.*

SO ORDERED.

Hon. Leonard B. Sand, U.S.D.J.
5/18/09

04614-00004
88799v1